UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| JEFFERSON CONTRACTING, LLC | ) ) ) |
| Defendant. | ) |

Case No. 4:25-cv-01756-JMD

**JURY TRIAL DEMANDED**

## DISCLOSURE OF ORGANIZATIONAL INTERESTS

Pursuant to Federal Rule of Civil Procedure 7.1 and E.D. Local Rule 2.09, counsel of record for Defendant Jefferson Contracting, LLC hereby gives notice that the following corporate interests are disclosed:

1. If the subject organization is a corporation, state:

   a. The parent companies of the corporation:  N/A

   b. Subsidiaries not wholly owned by the corporation:  N/A

   c. Any publicly held company that owns ten percent (10%) or more of the corporation:  N/A.

2. If the subject organization is a limited liability company or a limited liability partnership, state its members and each member's state of citizenship: Alterra Worldwide Holdings, LLC (Texas).

Respectfully submitted,

**ROSENBLUM GOLDENHERSH, P.C.**

BY:   /s/ Theresa A. Phelps
        John J. Gazzoli, Jr., #24781MO

1

Theresa A. Phelps, #55023MO<br>
7733 Forsyth Blvd., 4th Floor<br>
St. Louis, MO 63105<br>
(314) 726-6868<br>
(314) 726-6786 (facsimile)<br>
jgazzoli@rosenblumgoldenhersh.com<br>
tphelps@rosenblumgoldenhersh.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the following via operation of the Court's electronic filing system on this 7th day of January, 2026:

Greg A. Campbell
Hammond and Shinners, P.C.
13205 Manchester Rd., Suite 210
St. Louis, MO 63131

                                                /s/  Theresa A. Phelps

4931-2880-8326, v. 1