MOED-0001            DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

MID-AMERICA CARPENTERS REGIONAL )
COUNCIL, et al. )
  Plaintiff(s), )
)
vs. )   Case No.   4:25-cv-01756-JMD
)
)
JEFFERSON CONTRACTING, LLC )
  Defendant(s). )

**Disclosure Statement**

Pursuant to Local Rule 2.09, and Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4, the undersigned discloses the following information about
  Jefferson Contracting, LLC                                        :

1. If the subject is a nongovernmental corporation that is a party, intervenor, or proposed intervenor in a civil or criminal case,

a. Whether it is publicly traded, and if it is, on which exchange(s):   N/A

b. Its parent companies or corporations (if none, state "none"):  Alterra Worldwide Holdings, LLC

c. Subsidiaries that are not wholly owned by the subject (if none, state "none"):  None

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):   None

2. If the subject is a party, intervenor, or proposed intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:  N/A

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001            DISCLOSURE STATEMENT

3.   If the subject is an organizational victim in a criminal case,   N/A

a.   The victim's identity _____

b.   If the victim is a corporation,

   1. Whether it is publicly traded, and if it is, on which exchange(s):

   2. Its parent companies or corporations (if none, state "none"):

   3. Subsidiaries that are not wholly owned by the subject (if none, state "none"):

   4. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event. E.D.Mo. L.R. 2.09(A)(2) and (B)(2); Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2); Fed. R. Crim. P. 12.4(b)(2).

/s/ Theresa A. Phelps, #55023MO
Signature (Counsel for Defendant)
Print Name: Theresa A. Phelps
Address: 7733 Forsyth Blvd., 4th Floor
City/State/Zip: St. Louis, MO 63105
Phone: (314) 726-6868

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on: _____January 8th_____, 20 26 .

/s/ Theresa A. Phelps
Signature